UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MICHAEL GALLAGHER, MICHEL PITRE, MECAR METAL, INC., ROSEMEX, INC., ROSEMEX LAB-VENT, INC. and AUTOENERGIE, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERMAN & FELLER, A LAW CORPORATION, RAY SHERMAN, and DOES 1 to 50,<br><br>Defendants. | Case No. C 11-01293 DMR<br><br>**MODIFIED ORDER SHORTENING TIME TO NOTICE AND HEAR PARTIES' JOINT MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION** |
| SHERMAN & FELLER, A LAW CORPORATION,<br><br>Counterclaimant,<br><br>vs.<br><br>MICHEL PITRE, ROSEMEX, INC., ROSEMEX LAB-VENT, INC. and AUTOENERGIE, INC.<br><br>Counterdefendants. | |

1 )
2 )

3   The Court, having reviewed the Parties' Stipulation Requesting an Order
4 Shortening Time to Notice and Hear Joint Motion for Good Faith Settlement
5 Determination, and good cause shown therefore, ORDERS as follows:
6   1. The parties' request for an Order shortening time to notice and hear their
7      joint motion for good faith settlement determination is hereby GRANTED.
8   2. The parties' joint motion for good faith settlement determination will be
9      heard on **December 22, 2011 at 11:00 a.m.**, in the above-entitled Court.
10  3. The parties' joint motion for good faith settlement determination must be
11     filed and served by **December 9, 2011**.
12  4. Plaintiffs' counsel, Gregory Brod, is permitted to attend the hearing on the
13     parties' joint motion for good faith settlement determination telephonically.

15 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17 Dated: December 5, 2011

   _____
   Magistrate Judge Donna Ryu

   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
   [Stamp: IT IS SO ORDERED — Judge Donna M. Ryu]