1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MICHAEL GALLAGHER, MICHEL PITRE, MECAR METAL, INC., ROSEMEX, INC., ROSEMEX LAB-VENT, INC. and AUTOENERGIE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SHERMAN & FELLER, A LAW CORPORATION, RAY SHERMAN, and DOES 1 to 50, <br><br> Defendants. | Case No. C 11-01293 DMR <br><br> **MODIFIED ORDER SHORTENING TIME TO NOTICE AND HEAR PARTIES' JOINT MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION** |
| SHERMAN & FELLER, A LAW CORPORATION, <br><br> Counterclaimant, <br><br> vs. <br><br> MICHEL PITRE, ROSEMEX, INC., ROSEMEX LAB-VENT, INC. and AUTOENERGIE, INC. <br><br> Counterdefendants. | |

)
)

The Court, having reviewed the Parties' Stipulation Requesting an Order Shortening Time to Notice and Hear Joint Motion for Good Faith Settlement Determination, and good cause shown therefore, ORDERS as follows:

1. The parties' request for an Order shortening time to notice and hear their joint motion for good faith settlement determination is hereby GRANTED.
2. The parties' joint motion for good faith settlement determination will be heard on **December 22, 2011 at 11:00 a.m.**, in the above-entitled Court.
3. The parties' joint motion for good faith settlement determination must be filed and served by **December 9, 2011**.
4. Plaintiffs' counsel, Gregory Brod, is permitted to attend the hearing on the parties' joint motion for good faith settlement determination telephonically.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 5, 2011

Magistrate Judge Donna Ryu

IT IS SO ORDERED
Judge Donna M. Ryu