UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GALLAGHER,                           No. C-11-01293 DMR

       Plaintiff(s),                **ORDER RE SETTLEMENT AGREEMENT**

  v.

SHERMAN & FELLER,

       Defendant(s).
_____/

The court hereby ORDERS that Plaintiffs shall immediately submit a copy of the parties' settlement agreement to DMRpo@cand.uscourts.gov for *in camera* review. Plaintiffs also shall serve a copy on Defendants.

IT IS SO ORDERED.

Dated: December 19, 2011

_____
DONNA M. RYU
United States Magistrate Judge