UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GALLAGHER,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SHERMAN & FELLER,<br><br>        Defendant(s).<br>_____/ | No. C-11-01293 DMR<br><br>**ORDER VACATING HEARING** |

The court has determined that the pending joint motion for good faith settlement determination may be resolved without oral argument pursuant to Civil L. R. 7-1(b). The December 22, 2011 hearing is hereby VACATED.

IT IS SO ORDERED.

Dated: December 19, 2011

_____
DONNA M. RYU
United States Magistrate Judge