UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GALLAGHER,   No. C-11-01293 DMR

    Plaintiff(s),   **ORDER VACATING HEARING**

  v.

SHERMAN & FELLER,

    Defendant(s).
_____/

    The court has determined that the pending joint motion for good faith settlement determination may be resolved without oral argument pursuant to Civil L. R. 7-1(b). The December 22, 2011 hearing is hereby VACATED.

    IT IS SO ORDERED.

Dated: December 19, 2011

_____
DONNA M. RYU
United States Magistrate Judge